# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DARRIN ERLICHMAN,<br><br>    **Plaintiff,**<br><br>  vs.<br><br>STATER BROS. MARKETS, UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL UNION 324,<br><br>    **Defendants.** | Case No.: SACV 10-01803-CJC(PJWx)<br><br>**JUDGMENT** |

Plaintiff Darrin Erlichman shall take nothing by way of all claims raised in his Complaint against Defendant United Food & Commercial Workers Union, Local Union 324 ("Local 324"). The claims against Local 324 are dismissed with prejudice and

//

//

-1-

judgment is entered in favor of Local 324.

DATED: May 4, 2011

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE